MINNESOTA–MOLINE PLOW CO. et al. v. DOWAGIAC MFG. CO. (Circuit Court of Appeals, Eighth Circuit. November 30, 1903.) No. 1,996. Appeal from the Circuit Court of the United States for the District of Minnesota. Ephraim Banning and Thomas A. Banning, for appellants. Fred L. Chappell, for appellee. Appeal dismissed, with costs, on motion of appellee.

---

In re MONARCH UPHOLSTERING CO. DICUS v. DAY. (Circuit Court of Appeals, Seventh Circuit. January 27, 1904.) No. 1,035. Appeal from the District Court of the United States for the Northern District of Illinois. James H. Hooper, for appellant. S. O. Levinson, for appellee. No opinion. Decree affirmed.

---

PETRI et al. v. F. E. CREELMAN LUMBER CO. (Circuit Court of Appeals, Seventh Circuit. October 20, 1904.) No. 1,027. In Error to the Circuit Court of the United States for the Northern District of Illinois. Elmer D. Brothers, for plaintiffs in error. John M. Lansden, for defendant in error. Dismissed on motion of counsel for defendant in error.

---

PULLIAM v. UNITED STATES. (Circuit Court of Appeals, Fourth Circuit. November 16, 1903.) No. 520. In Error to the District Court of the United States for the Western District of North Carolina. A. E. Holten, U. S. Atty. Cause dismissed, under rule 16 (90 Fed. clix, 31 C. C. A. clix).

---

In re SEAGAR. (Circuit Court of Appeals, Second Circuit. February 7, 1904.) No. 83. Appeal from the District Court of the United States for the Southern District of New York. Lorenzo Ullo, for appellant. Everett Masten, for appellee. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.
PER CURIAM. Order affirmed, on the opinions of the referee.

---

SHIELDS v. MONGOLLON EXPLORATION CO. et al. (Circuit Court of Appeals, Ninth Circuit. February 23, 1904.) No. 977. In Error to the District Court of the United States for the Second Division of the District of Alaska. H. E. Shields, for plaintiff in error. James E. Fenton, for defendants in error. Upon motion of counsel for defendants in error, cause dismissed, pursuant to the provisions of subdivision 1 of rule 22.

---

SMYTH v. FRIZZELL. (Circuit Court of Appeals, Eighth Circuit. December 9, 1903.) No. 1,865. In Error to the Circuit Court of the United States for the District of Nebraska. H. C. Brome, John L. Webster, and A. H. Burnett, for plaintiff in error. C. J. Smyth and Ed P. Smith, for defendant in error. Writ of error dismissed, at costs of the defendant in error.